

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00226-CV

**VALERO DEVELOPMENT CORPORATION** and Imelda **FERNANDEZ**,
Appellants

v.

**CITY OF LAREDO**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2020-CVK-000828-D3
Honorable Elma T. Salinas Ender, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's memorandum opinion of this date, the order of the trial court granting the City of Laredo's plea to the jurisdiction is AFFIRMED. It is ORDERED that costs be assessed against the Valero Development Corporation and Imelda Fernandez.

SIGNED November 30, 2022.

_____
Irene Rios, Justice